IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TRAVIS CALDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:09-cv-2210-KOB-TMP |
| ) | |
| CONSTANCE REESE, et al, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION AND ORDER

The magistrate judge filed a report and recommendation on April 2, 2010, recommending that this action be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) with respect to defendants Reese, Myrike, Jones, Mayers, and Jenkins.  Further, the magistrate judge recommended that all claims against defendants Williams, Ellsten, and Davis, **with the exception of the failure-to-protect claim**, be DISMISSED WITH PREJUDICE, and that plaintiff's FAILURE-TO-PROTECT claim only be referred to the magistrate judge for further proceedings against defendants Williams, Davis, and Ellsten.  The plaintiff filed objections to the report and recommendation on April 14, 2010.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, all claims **EXCEPT** plaintiff's failure to protect claim against defendants Williams, Davis and Ellsten are due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.

The case is again referred to the magistrate judge for further proceedings as to the Plaintiff's failure to protect claim against Defendants Williams, Davis, and Ellsten.

DATED this 28th day of April 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE