# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| TREVIS CALDWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:09-cv-02210-KOB-TMP |
| | ) |
| CONSTANCE REESE, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 20, 2012, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice (doc. 52).  No parties filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court finds that the magistrate judge's report is due to be ADOPTED and ACCEPTS his recommendation. The court EXPRESSLY FINDS that no genuine issues of material fact exist and that the defendants are entitled to judgment as a matter of law.  Accordingly, the court GRANTS the defendants' motion for summary judgment and DISMISSES this action WITH PREJUDICE.  The court will enter a Final Judgment.

DONE AND ORDERED this 15th day of February 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE