IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TREVIS CALDWELL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.  1:09-cv-2210-TMP |
| CONSTANCE REESE, *et al.*; | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The parties have informed the court that, through mediation, they have reached a settlement agreement.  The parties have consented to the undersigned magistrate judge's jurisdiction under 28 U.S.C. § 636(c).  Because the case has been settled and there no longer exists a live case or controversy, it is ORDERED and ADJUDGED that the case be and hereby is DISMISSED WITHOUT PREJUDICE to the right of either party to file a motion to vacate this Order and reinstate the action within thirty (30) days after this Order.   In the event neither party files such a motion, the dismissal of this action shall become WITH PREJUDICE upon the expiration of thirty (30) days hereafter.  Each party shall bear her or its own costs, expenses, and fees.

DONE the 27th day of March, 2015.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE