# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **TREVIS CALDWELL** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) 1:09-CV-2210-TMP |
| **FCI TALLADEGA WARDEN, UNIT MANAGER,** *et al*, | ) |
| **Defendants.** | ) |

## JOINT STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned attorneys for Plaintiff Trevis Caldwell and Defendants Wilbert Davis, William Elston, and Vernessa Williams, that the above-styled action may be dismissed with prejudice, each party to bear its own costs.

Dated: April 17, 2015

Respectfully submitted,

| | |
|---|---|
| /s/ Lindsey C Boney IV<br>Lindsey C Boney IV<br>Ryan P. Robichaux<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 521-8000<br>Facsimile: (205) 521-8800<br>lboney@babc.com<br>rrobichaux@babc.com<br><br>*Attorneys for Plaintiff Trevis Caldwell* | JOYCE WHITE VANCE<br>United States Attorney – Northern District of Alabama<br><br>/s/ Thomas Borton<br>Thomas Borton<br>Assistant United States Attorney<br>1801 Fourth Avenue North<br>Birmingham, AL 35203<br>Thomas.Borton@usdoj.gov<br>(205) 244-2001<br><br>*Attorneys for Defendants Wilbert Davis, William Elston, and Vernessa Williams* |

## CERTIFICATE OF SERVICE

  I hereby certify that on April 17, 2015, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the attorneys of record.

              /s/ Lindsey C Boney IV
              OF COUNSEL